Order entered October 16, 2012



00444

In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00361-CR
No. 05-12-00399-CR

JEFFREY FITZGERALD WHITACKER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd District Court
Dallas County, Texas
Trial Court Cause Nos. F10-40870-V, F10-40871-V

## ORDER

On August 29, 2012, this Court ordered appellant to file his brief by September 26, 2012. To date, appellant has neither filed a brief nor communicated with the Court regarding the appeal. Accordingly, we **ORDER** appellant to file a brief by **NOVEMBER 1, 2012**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will removed Riann Moore and the Dallas County Public Defender's Office as counsel and order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court; Katherine Drew, Appellate-

004446

Chief, Dallas County Public Defender's Office; Riann Moore, Dallas County Public Defender's

Office; and Michael Casillas, Dallas County District Attorney's Office.

DAVID L. BRIDGES
JUSTICE